THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-131JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH HEARING BY VIDEO |
| EZEQUIEL GUADALUPE BELTRAN, | ) | |
| Defendant. | ) | |

THE COURT has considered Ezequiel Beltran's unopposed motion to proceed with change of plea hearing by video, along with the relevant records in this case.

THE COURT FINDS that a video change of plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." See W.D. Wash. Gen. Ord. No. 04-20 (March 30, 2020); see also W.D. Wash. Gen. Ord. Nos. 14-21, 16-21.

THE COURT ORDERS that a change of plea hearing be scheduled by video on February 11, 2022.

DONE this 11th day of February 2022.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer Wellman*
Assistant Federal Public Defender
Attorney for Ezequiel Beltran

ORDER TO PROCEED WITH
HEARING BY VIDEO
(*U.S. v. Ezequiel Beltran*; CR21-131JLR.) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100